# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| HOLLY GIBSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 19-cv-3055 |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## **OPINION**

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

Pursuant to the parties' Stipulation to Award of Attorney Fees and Costs (d/e 31) (Stipulation), this Court awards Plaintiff $6,065.36 in attorney fees and $0.00 in expenses (the "Award"). The Award fully and completely satisfies any and all claims for fees, costs, and expenses that may have been payable to Plaintiff in this case under the EAJA.

The Award belongs to Plaintiff, but Plaintiff may, and has, assigned her right to the Award to her attorney Kristen N. Van Fossan. Stipulation, at 1. The United States may also take an offset against the Award to satisfy any pre-existing debts that Plaintiff owes the United States. See Astrue v. Ratliff, 560 U.S. 586 (2010). If the United States determines that all or any portion of the Award is not subject to offset for such debts,

Defendant shall pay the portion of the Award not subject to offset to Plaintiff's attorney Kristin N. Van Fossan.  Plaintiff's Petition for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA) (d/e 29) is DENIED as moot.

ENTER:  May 14, 2020

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE